UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-00676-KK-SPx** | Date: | May 1, 2026 |
|---|---|---|---|

| Title: | *Ortiz Beverage Company v. Radiant Global Logistics Inc., et al.* |
|---|---|

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed for Failure to File Post-Mediation Joint Status Report**

On July 28, 2025, the Court ordered the parties to complete mediation proceedings under the mandatory Court-Directed Alternative Dispute Resolution ("ADR") Program by April 23, 2026 and to file a joint report no later than seven days after the proceedings regarding the progress of settlement discussions.  ECF Docket No. ("Dkt.") 41.  The parties were, therefore, required to file a joint status report regarding the outcome of the parties' mediation no later than April 30, 2026.  However, to date, the Court has not received a joint status report.  Thus, the parties are in violation of the Court's July 28, 2025 Order.

The Court has inherent power to impose sanctions for willful disobedience of a court order.  See Evon v. Law Offs. of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012).  Before imposing sanctions, the Court will afford the parties an opportunity to explain their failure to file a joint status report as directed by the Court's July 28, 2025 Order.

Accordingly, the Court, on its own motion, orders the parties to show cause in writing **no later than seven days from the date of this Order** why sanctions should not be imposed.

**Furthermore, Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**